468 F. 2d 631

DOLLAR TRADING CORP. *v.* UNITED STATES. (No. 5497, C.A.D. 1074

United States Court of Customs and Patent Appeals, November 2, 1972

*Allerton deC. Tompkins*, attorney of record, for appellant.
*E. Grey Lewis*, Acting Assistant Attorney General, *Andrew P. Vance*, Chief, Customs Section, *Marlene G. Sonderlick* for the United States.

[Oral argument October 5, 1972 by Mr. Tompkins and Miss Sonderlick]

Before MARKEY, *Chief Judge*, RICH, ALMOND, BALDWIN, and LANE, *Associate Judges*

PER CURIAM.

This appeal is from the decision and judgment of the Second Division of the United States Customs Court,[1] overruling a protest

[1] 67 Cust. Ct. 308, C.D. 4290 (1971).

concerning certain tools described in the in voice as "wood hole saws" and "metal hole saws."

Upon careful consideration, we find that all of appellant's contentions before us were fully and correctly dealt with in the opinion of the Customs Court. Accordingly, we adopt that opinion as our own.

The judgment of the Customs Court is *affirmed.*